**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1479

LEO LIONEL PAYNE, a/k/a Leo L. Payne,

Plaintiff - Appellant,

v.

JESSICA MANGUM,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:21-cv-03433-MGL)

Submitted:  August 24, 2023                    Decided:  August 28, 2023

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Leo Lionel Payne, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Lionel Payne appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Payne's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Payne v. Mangum*, No. 3:21-cv-03433-MGL (D.S.C. Apr. 12, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
